## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STEVEN SCHREINER and<br>(2) LAURA ROJO,<br><br>　　Plaintiffs,<br><br>v.<br><br>BRIAN HIGGINS,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-14-1019-R<br>)<br>)<br>)<br>) |

### ORDER

Before the Court is Plaintiffs' Motion to Remand. Doc. No. 17. Defendant has neither responded to the motion within the time limits prescribed nor sought an extension of time in which to respond. Therefore, pursuant to LCvR 7.1(g), the Court in its discretion deems the motion to be confessed, and it is hereby GRANTED. This case is remanded to the District Court of Oklahoma County.

IT IS SO ORDERED this 16th day of March, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE